UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| FRANCES E. TYRRELL, | 2:18-CV-12980-TGB |
| Plaintiff, | |
| vs. | ORDER |
| CREDENCE RESOURCE MANAGEMENT, LLC, | HONORABLE TERRENCE G. BERG |
| Defendant. | |

## ORDER OF DISMISSAL

The Court was notified that the parties had reached a resolution in this matter. Accordingly, it is **ORDERED** that the Complaint is **DISMISSED WITH PREJUDICE**. The Court retains jurisdiction over this matter to enforce the terms of the settlement agreement. *See, e.g., Moore v. United States Postal Serv.*, 369 Fed. App'x 712 (6th Cir. 2010).

**SO ORDERED**.

DATED this 28th day of February, 2019.

BY THE COURT:

/s/Terrence G. Berg
TERRENCE G. BERG
United States District Judge